UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT SCHUTZA,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>THE BRIGANTINE, INC., a California corporation; CLAIRE MARTIN FLETCHER PROPERTIES, LLC, a California limited liability company; and DOES 1-10,<br><br>　　　　　　　　　　　Defendants. | Case No.: 3:23-cv-02216-H-BLM<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>[Doc. No. 10.] |

On March 20, 2024, the parties filed the present joint motion to dismiss the action in its entirety pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  (Doc. No. 10.) For good cause shown, the Court grants the joint motion and dismisses the action with prejudice, each side to bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

DATED: March 25, 2024

　　　　　　　　　　　　　　　　　　　_[signature]_
　　　　　　　　　　　　　　　　　　　MARILYN L. HUFF, District Judge
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT